**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Asset Roofing Company LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **60-4153138** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17310 State Route 9 SE**<br>**Snohomish, WA 98296-8396**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Snohomish**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **www.assetroofingco.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 1 of 55

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**2381**___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 2 of 55

List all cases. If more than 1, attach a separate list

| Debtor District | | Relationship | |
|---|---|---|---|
| | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 3 of 55

| **Request for Relief, Declaration, and Signatures** |
|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 19, 2026**
MM / DD / YYYY

**X** **/s/ Anthony Langdon**
Signature of authorized representative of debtor

**Anthony Langdon**
Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Jason Wax**
Signature of attorney for debtor

Date **March 19, 2026**
MM / DD / YYYY

**Jason Wax**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone **206-292-2110**   Email address **jwax@bskd.com**

**41944 WA**
Bar number and State

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 4 of 55

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 19, 2026**
            MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Anthony Langdon**
Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **March 19, 2026**
      MM / DD / YYYY

**Jason Wax**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **206-292-2110**        Email address   **jwax@bskd.com**

**41944 WA**
Bar number and State

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 5 of 55

## MEMBER RESOLUTIONS OF
## ASSET ROOFING COMPANY LLC

WHEREAS, Asset Roofing Company LLC, a Washington limited liability company (the "Company"), is experiencing significant financial challenges;

WHEREAS, the undersigned is the manager and sole member of the Company (the "Managing Member");

WHEREAS, it is the opinion of Anthony P. Langdon, as Managing Member of the Company, that the only reasonable and prudent response to the present circumstances is the filing of a voluntary petition in bankruptcy seeking protection and reorganization under Chapter 11 of the United States Bankruptcy Code; and

WHEREAS, the Company has selected the law firm of Bush Kornfeld LLP ("Bush Kornfeld") to represent the Company's interests in the Chapter 11 proceeding.

NOW, THEREFORE, the Managing Member has consented to and authorized the following actions to be taken on behalf of the Company:

RESOLVED, that the Company shall employ Bush Kornfeld to represent it in the Chapter 11 proceedings and shall seek to have that employment approved by the Bankruptcy Court as soon as is practicable; and it is

FURTHER RESOLVED, that the Company is hereby authorized to retain such other professional consultants on such terms of employment as are required in order to act in the best interests of the Company in prosecuting the Chapter 11 proceeding; and it is

FURTHER RESOLVED, that the undersigned Managing Member is hereby authorized and directed to take such steps and execute such documentation as is required in order to effectuate any and all of the foregoing; and it is

FURTHER RESOLVED, that the undersigned Managing Member is hereby authorized and directed to cause the Company to file a Chapter 11 bankruptcy.

SIGNED this 19th day of March, 2026.

**ASSET ROOFING COMPANY LLC**

_____
Anthony P. Langdon
Its Sole Member and Manager

**Fill in this information to identify the case:**

Debtor name  **Asset Roofing Company LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 19, 2026**          X **/s/ Anthony Langdon**
                                        Signature of individual signing on behalf of debtor

                                        **Anthony Langdon**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name **Asset Roofing Company LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 19, 2026** _____

X _____
Signature of individual signing on behalf of debtor

**Anthony Langdon**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Asset Roofing Company LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ABC Supply Co., Inc.** **1 ABC Parkway Beloit, WI 53511** | **abcsupplyinvoicing @billtrust.com** | | | | | **$53,911.99** |
| **Bonneville PO Box 26245 Salt Lake City, UT 84126-0245** | **Adam Linton** **alinton@bonneville .com** | | | | | **$102,600.00** |
| **Carrigan Enterprises, Inc. PO Box 172 Duvall, WA 98019-0172** | **accounting@carrig anenterprises.com** | **Carrigan Enterprises, Inc. v. Asset Roofing Company LLC, et al., Case No. 26-2-01560-31, pending in Snohomish County Superior Court.** | **Contingent Disputed** | | | **$19,112.77** |
| **Cascadia Metals Inc. PO Box 1276 Longview, WA 98632** | **Janell Fowler** **janellf@cmetals.co m** | | | | | **$61,728.46** |
| **DTG Enterprises Inc. PO Box 14203 Mill Creek, WA 98082** | **Chris Kruse** **accounting@dtgre cycle.com** | | **Contingent Disputed** | | | **$42,466.69** |
| **High Point Gutter, LLC 14102 NE 189th St., Suite 100 Woodinville, WA 98072-3603** | **Taylor Shores** **taylor@highpointg utter.com** | | | | | **$105,587.87** |

26-00489-WLH11     Doc 1     Filed 03/19/26     Entered 03/19/26 15:02:24     Pg 9 of 55

| Debtor | Asset Roofing Company LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Centralized Insolvency Ops. PO Box 7346 Philadelphia, PA 19101-7346** | **Fax: (855) 235-6787** | | | | | **Unknown** |
| **Lansing Building Products, LLC PO Box 604231 Charlotte, NC 28260-4231** | **helpnow@lansingbp.com** | | | | | **$18,924.47** |
| **Move Mountains Junk Removal 4914 110th Street NE Marysville, WA 98271-8341** | **Eric Surdi** **ericsurdi@movemountainsjunkremoval.com** | | | | | **$25,079.68** |
| **NACM Business Credit Servs. 2201 SW 152nd Street Burien, WA 98166** | **Denise Grey** **deniseg@nacmbcs.org** | | | | | **$45,095.00** |
| **QXO dba Beacon Roofing PO Box 101087 Pasadena, CA 91189-0005** | **Ian Heath** **ian.heath@qxo.com** | | | | | **$950,377.37** |
| **Service Titan c/o C2C Resources, LLC 1455 Lincoln Parkway E, Suite 550 Atlanta, GA 30346** | **billing@servicetitan.com** | | | | | **$108,902.70** |
| **Snohomish County Public Works 3000 Rockefeller Ave., M/S 607 Everett, WA 98201** | **Ciera Scown** **ciera.scown@snoco.org** | | | | | **$20,257.53** |
| **Stop Claims Corp. 2828 Colby Ave., Suite 102 Everett, WA 98201-3501** | **Rhonda Taylor** **rtaylor@stopclaims.com** | | | | | **$53,703.44** |
| **Tom & Carol Langdon 22304 36th Avenue W Mountlake Terrace, WA 98043** | **Tom Langdon** **tclangdon6@gmail.com** | | | | | **$269,225.00** |

Debtor  **Asset Roofing Company LLC**                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Bank, N.A. PO Box 790408 Saint Louis, MO 63179-0408 | Steve Schallert stephen.schallert@usbank.com | US Bank Business Leverage VISA Signature Card | | | | $143,613.74 |
| Valpak Franchise Operations, LLC PO Box 847286 Los Angeles, CA 90084-7286 | Marina Rice marina.rice@valpakclipp.com | | | | | $40,827.58 |
| WA State Dep't of Labor & Indus. PO Box 44171 Olympia, WA 98504-4171 | Jennifer Billie kenv235@lni.wa.gov | | | | | Unknown |
| WA State Dep't of Revenue Bankruptcy/Claims Unit 2101 Fourth Avenue, Suite 1400 Seattle, WA 98121-2300 | James Littlejohn jamesl@dor.wa.gov | | | | | Unknown |
| WM Corporate Services, Inc. PO Box 7400 Pasadena, CA 91109-7400 | wmcollectionsnorth3@wm.com | | | | | $39,512.89 |

26-00489-WLH11   Doc 1   Filed 03/19/26   Entered 03/19/26 15:02:24   Pg 11 of 55

**Fill in this information to identify the case:**

Debtor name    **Asset Roofing Company LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*.....................................................................................................    $     **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..................................................................................................    $     **313,384.48**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*....................................................................................................    $     **313,384.48**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **474,004.29**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **1,557,343.91**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     **2,353,932.79**

4.  **Total liabilities** ........................................................................................................................
Lines 2 + 3a + 3b          $     **4,385,280.99**

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 12 of 55

**Fill in this information to identify the case:**

Debtor name **Asset Roofing Company LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Commencement Bank**<br>**1313 Broadway, Suite 400**<br>**Tacoma, WA 98402** | **Business Checking** | **1284** | **$0.00** |
| 3.2. | **US Bank**<br>**P.O. Box 1800**<br>**Saint Paul, MN 55101** | **Business Checking (operating)** | **0175** | **$134,393.02** |
| 3.3. | **US Bank**<br>**P.O. Box 1800**<br>**Saint Paul, MN 55101** | **Business Checking (sales/excise payment account)** | **0183** | **$1,740.00** |
| 3.4. | **US Bank**<br>**P.O. Box 1800**<br>**Saint Paul, MN 55101** | **Business Checking (payroll & expense account)** | **0191** | **$1,549.19** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$137,682.21**

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 13 of 55

■ Yes Fill in the information below.

**7.  Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**Bush Kornfeld LLP**
**601 Union Street, Suite 5000**
**Seattle, WA 98101**

| | | |
|---|---|---|
| 7.1. | **Balance of retainer** | **$23,534.25** |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment
**Commercial Insurance Policy**
**Canopius US Insurance, Inc.**
**200 South Wacker Drive, Suite 950**
**Chicago, IL 60606**

| | | |
|---|---|---|
| 8.1. | **Policy No. CUSPC19000815-00** | **Unknown** |

**Commercial Auto Insurance Policy**
**Progressive Commercial**
**United Financial Casualty Company**
**P.O. Box 94739**
**Cleveland, OH 44101**

| | | |
|---|---|---|
| 8.2. | **Policy No. 00627917-0** | **Unknown** |

**Contractors' Equipment Insurance Policy**
**Liberty Mutual Insurance**
**AAA Washington Insurance Agency**
**PO Box 91247**
**Bellevue, WA 98009-9247**

| | | |
|---|---|---|
| 8.3. | **Policy No. BMO (26) 65 66 27 83** | **Unknown** |

**9.  Total of Part 2.**                                                                 **$23,534.25**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11b. Over 90 days old: | **117,579.96** | - | **45,411.94** | =.... | **$72,168.02** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                 **$72,168.02**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:  Investments**

13. **Does the debtor own any investments?**

26-00489-WLH11   Doc 1   Filed 03/19/26   Entered 03/19/26 15:02:24   Pg 14 of 55

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office furniture and fixtures** | $5,000.00 | | $5,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computers** | $5,000.00 | | $5,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                     | $10,000.00 |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

26-00489-WLH11   Doc 1   Filed 03/19/26   Entered 03/19/26 15:02:24   Pg 15 of 55

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 Ram ProMaster Cargo Van**<br>**VIN 3C6TRVBG7JE117262** | **$0.00** | **Leased** | **$0.00** |
| 47.2.  **2019 Chevrolet Silverado MD**<br>**VIN 1HTKHPVK3KH608302** | **$0.00** | **Leased** | **$0.00** |
| 47.3.  **2021 Nissan NV200 S Small Cargo Van**<br>**VIN 3N6CM0KN5MK706144** | **$0.00** | **Leased** | **$0.00** |
| 47.4.  **2021 Nissan NV200 SV Small Cargo Van**<br>**VIN 3N6CM0KN7MK706064** | **$0.00** | **Leased** | **$0.00** |
| 47.5.  **2021 Ram ProMaster Van**<br>**VIN 3C6LRVDG8ME585602** | **$0.00** | **Leased** | **$0.00** |
| 47.6.  **2023 GMC Yukon 4WD Denali Ultimate**<br>**VIN 1GKS2DKT3PR408925** | **$0.00** | **Leased** | **$0.00** |
| 47.7.  **2021 Ram ProMaster Van**<br>**VIN 3C6LRVDG8ME576849** | **$0.00** | **Leased** | **$0.00** |
| 47.8.  **2021 Ram ProMaster Van**<br>**VIN 3C6LRVDG0ME585268** | **$0.00** | **Leased** | **$0.00** |
| 47.9.  **2021 Ram ProMaster Van**<br>**VIN 3C6LRVDG6ME576848** | **$0.00** | **Leased** | **$0.00** |
| 47.10.  **2019 Ford T250 Transit Van**<br>**VIN 1FTYR1ZM4KKS21660** | **$0.00** | **Leased** | **$0.00** |
| 47.11.  **2023 GMC Yukon**<br>**VIN 1GKS2DKT3PR408925** | **$0.00** | **Leased** | **$0.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2017 Komatsu Series FG25SHT-16 Forklift** | **$0.00** | **Leased** | **$0.00** |

| | | | |
|---|---|---|---|
| **2020 New Tech Machinery SSQ2 SN: SSQ2U4590322; 2020 New Tech Machinery 12000# Tandem Axle Trailer VIN: 16MBB1925MF083112** | **$70,000.00** | **Net Book** | **$70,000.00** |
| **Roper Whitney Model AB1014K Autobrake with Synergy Control and 61" Back Gauge (2024)** | **$0.00** | **Leased** | **$0.00** |
| **Roper Whitney Model 10M14FCS Shear, 10' 14 Gauge Pro Package FCS (2024)** | **$0.00** | **Leased** | **$0.00** |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

**$70,000.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

Part 9:  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold interest in commercial premises located at 17310 State Route 9 SE, Snohomish, WA 98296.** | **Leasehold Interest** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.assetroofingco.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** Goodwill | $0.00 | | Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 18 of 55

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Potential claims and counterclaims against Paulina Przydzielski for breach of contract and related causes of action.**                                                                    **Unknown**

    | Nature of claim | **Civil breach of contract** |
    |---|---|
    | Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                              **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Asset Roofing Company LLC**　　Case number *(If known)* _____
　　　　Name

<table>
<tr><td colspan="3" style="background:black;color:white">**Part 12:**　**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $137,682.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,534.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $72,168.02 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $70,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $313,384.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $313,384.48 |

26-00489-WLH11　　Doc 1　　Filed 03/19/26　　Entered 03/19/26 15:02:24　　Pg 20 of 55

| | |
|---|---|
| Debtor name | **Asset Roofing Company LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Commencement Bank**
Creditor's Name

**1102 Commerce Street
Tacoma, WA 98402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/15/2024**

**Last 4 digits of account number**
**0110**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Inventory, Chattel Paper, Accounts and General Intangibles; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to the foregoing.**

**Describe the lien**
**Commercial Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$380,379.03**   Column B: **Unknown**

**2.2 North Mill Credit Trust**
Creditor's Name
**9 Executive Circle, Suite 230
Irvine, CA 92614**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2001**

**Describe debtor's property that is subject to a lien**
**Tech Machinery SSQ2 SN: SSQ2U4590322; Tech Machinery 12000# Tandem Axle Trailer VIN: 16MBB1925MF083112**

**Describe the lien**
**Security interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$64,661.76**   Column B: **Unknown**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **PEAC Solutions** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien** | $28,963.50 | Unknown |
| **PO Box 13604**<br>**Philadelphia, PA**<br>**19101-3604** | **186611014 Roper Whitney Model AB1014K Autobrake; 172561014 Roper Whitney Model 10M14FCS Shear** | | |
| Creditor's mailing address | | | |
| | **Describe the lien**<br>**Security interest; Lease arrears.** | | |
| | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number**<br>**3158** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$474,004.29**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Darren R. Krattli**<br>**c/o Eisenhower Carlson PLLC**<br>**909 A Street, Suite 600**<br>**Tacoma, WA 98402** | Line **2.1** | |
| **Marlin Leasing Corp**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | Line **2.3** | **5262** |

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 22 of 55

Debtor name  **Asset Roofing Company LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$59,665.68** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,273.31** | **$1,273.31** |
|---|---|---|---|---|

**Snohomish County Assessor
3000 Rockefeller Ave., M/S 510
Everett, WA 98201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

26-00489-WLH11     Doc 1     Filed 03/19/26     Entered 03/19/26 15:02:24     Pg 23 of 55

| Debtor | **Asset Roofing Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** Priority creditor's name and mailing address
**WA Employment Security Dep't**
**PO Box 9046**
**Olympia, WA 98507-9046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,298.74    $1,298.74

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.4** Priority creditor's name and mailing address
**WA State Dep't of Labor & Indus.**
**PO Box 44171**
**Olympia, WA 98504-4171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$288,984.59    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**2.5** Priority creditor's name and mailing address
**WA State Dep't of Revenue**
**Bankruptcy/Claims Unit**
**2101 Fourth Avenue, Suite 1400**
**Seattle, WA 98121-2300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,206,121.59    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**ABC Supply Co., Inc.**
**1 ABC Parkway**
**Beloit, WI 53511**
**Date(s) debt was incurred** _
**Last 4 digits of account number  0001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$53,911.99

---

**3.2** Nonpriority creditor's name and mailing address
**Adopt A Highway**
**3158 Red Hill Ave., Suite 200**
**Costa Mesa, CA 92626**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

$1,631.25

---

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 24 of 55

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,077.50** |

**Alliance Gutters LLC**
**8421 NE 144th Place**
**Kirkland, WA 98034-5034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,330.00** |

**Anthony & Olivia Langdon**
**17000 Broadway Avenue**
**Snohomish, WA 98296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**AT&T Mobility**
**PO Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0132**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102,600.00** |

**Bonneville**
**PO Box 26245**
**Salt Lake City, UT 84126-0245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1325**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,112.77** |

**Carrigan Enterprises, Inc.**
**PO Box 172**
**Duvall, WA 98019-0172**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  **Carrigan Enterprises, Inc. v. Asset Roofing Company LLC, et al., Case No. 26-2-01560-31, pending in Snohomish County Superior Court.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$61,728.46** |

**Cascadia Metals Inc.**
**PO Box 1276**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **ASRC**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,929.56** |

**Chevron Texaco**
**c/o Wex Bank**
**P.O. Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **3243**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 25 of 55

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,364.37 |
|---|---|---|---|

**Citibank, N.A.**
**PO Box 6704**
**Sioux Falls, SD 57104-6704**

Date(s) debt was incurred _

Last 4 digits of account number  **4195**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Citi Costco Anywhere VISA Business Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,037.00 |
|---|---|---|---|

**Citibank, N.A.**
**PO Box 6704**
**Sioux Falls, SD 57104-6704**

Date(s) debt was incurred _

Last 4 digits of account number  **2685**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Home Depot commercial credit card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|

**City Lifestyle**
**514 West 26th Street**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast Business**
**9401 E Panorama Cir.**
**Centennial, CO 80112-3403**

Date(s) debt was incurred _

Last 4 digits of account number  **4869;5197;0568**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Croft ClaimWorks, L.C.**
**1651 N. Collins Blvd.**
**Suite 210**
**Richardson, TX 75080**

Date(s) debt was incurred _

Last 4 digits of account number  **0832**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cross Valley Water District**
**8802 180th Street SE**
**Snohomish, WA 98296**

Date(s) debt was incurred _

Last 4 digits of account number  **3207;4608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,767.92 |
|---|---|---|---|

**DP&C**
**PO Box 1614**
**Tacoma, WA 98401-1614**

Date(s) debt was incurred _

Last 4 digits of account number  **3906**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 26 of 55

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,466.69** |
|---|---|---|---|

**DTG Enterprises Inc.**
**PO Box 14203**
**Mill Creek, WA 98082**

Date(s) debt was incurred _

Last 4 digits of account number  **9400**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **DTG Enterprises, Inc. v. Asset Roofing Company LLC, et al., Case No. 26-2-02309-31, pending in Snohomish County Superior Court.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,688.86** |
|---|---|---|---|

**Ellis Li McKinstry**
**1700 Seventh Avenue, Suite 1810**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,036.77** |
|---|---|---|---|

**Emily Shaw**
**406 Rose Way**
**Everett, WA 98203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,030.00** |
|---|---|---|---|

**Equicity - Fully Lucid**
**1721 Maple Street**
**Everett, WA 98201-2158**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,948.00** |
|---|---|---|---|

**Great American Gutters**
**12731 69th Drive SE**
**Snohomish, WA 98296**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105,587.87** |
|---|---|---|---|

**High Point Gutter, LLC**
**14102 NE 189th St., Suite 100**
**Woodinville, WA 98072-3603**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$601.89** |
|---|---|---|---|

**Honey Bucket**
**PO Box 73399**
**Puyallup, WA 98373-0399**

Date(s) debt was incurred _

Last 4 digits of account number  **5108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 27 of 55

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,623.57** |
|---|---|---|---|

**Industrial Credit Service**
**PO Box 4259**
**Salem, OR 97302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$802.78** |
|---|---|---|---|

**Ingage**
**1040 Stony Hill Road**
**Suite 125**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,945.63** |
|---|---|---|---|

**JAMF**
**PO Box 74007550**
**Chicago, IL 60674-7550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0383**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,934.50** |
|---|---|---|---|

**Jim Shepard**
**17903 16th Avenue W**
**Lynnwood, WA 98037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**KCIS-AM**
**CRISTA Media**
**19303 Fremont Avenue N**
**Seattle, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KCMS - Spirit 105.3**
**CRISTA Media**
**19303 Fremont Avenue N**
**Seattle, WA 98133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Notice only - Assigned to NACM Business Credit Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,603.40** |
|---|---|---|---|

**Kris Wilson**
**4708 266th Avenue NE**
**Redmond, WA 98053**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Wilson v. Asset Roofing Company, Case No. 526-03, pending in Snohomish County District Court.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,924.47 |
|---|---|---|---|

**Lansing Building Products, LLC**
**PO Box 604231**
**Charlotte, NC 28260-4231**

Date(s) debt was incurred _

Last 4 digits of account number  **1711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.30 |
|---|---|---|---|

**Linebargar Goggan Blair & Sampson**
**5801 Soundview Dr. NW**
**Suite 50B**
**Gig Harbor, WA 98335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,796.52 |
|---|---|---|---|

**Lytx, Inc.**
**500 108th Avenue NE**
**Suite 960**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number  **0097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**Mission Driven Teams**
**PO Box 40286**
**Nashville, TN 37204-0286**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,079.68 |
|---|---|---|---|

**Move Mountains Junk Removal**
**4914 110th Street NE**
**Marysville, WA 98271-8341**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,095.00 |
|---|---|---|---|

**NACM Business Credit Servs.**
**2201 SW 152nd Street**
**Burien, WA 98166**

Date(s) debt was incurred _

Last 4 digits of account number  **0659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NW Security and Sound**
**PO Box 1592**
**Snohomish, WA 98291**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 29 of 55

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,565.00 |
|---|---|---|---|

**Pacific Star Gutter Service**
**2807 Highland Avenue**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**Parker Outdoors, Inc.**
**PO Box 22**
**Orondo, WA 98843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paulina Przydzielski**
**14215 2nd Drive SE**
**Everett, WA 98208**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Przydzielski v. Langdon, et al., Case No. 25-2-08479-31, pending in Snohomish County Superior Court.**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.20 |
|---|---|---|---|

**Primo Water Services**
**200 Eagles Landing Blvd.**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9759**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950,377.37 |
|---|---|---|---|

**QXO dba Beacon Roofing**
**PO Box 101087**
**Pasadena, CA 91189-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2499**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,456.25 |
|---|---|---|---|

**Reliable Accounting**
**2003 West Polo Green Avenue**
**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 30 of 55

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,449.00 |
|---|---|---|---|

**Russell Rain Gutter System**
**16940 NE 79th Street**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,263.75 |
|---|---|---|---|

**Safety Matters, LLC**
**PO Box 533**
**Renton, WA 98057-0533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,769.89 |
|---|---|---|---|

**Service Partners**
**475 N Williamson Blvd.**
**Daytona Beach, FL 32114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number  0046**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $108,902.70 |
|---|---|---|---|

**Service Titan**
**c/o C2C Resources, LLC**
**1455 Lincoln Parkway E, Suite 550**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number  4607**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Simplii**
**8619 South Sandy Parkway**
**Suite 112**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number  2260**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,257.53 |
|---|---|---|---|

**Snohomish County Public Works**
**3000 Rockefeller Ave., M/S 607**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number  3578**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Snohomish County PUD**
**2320 California Street**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

**Last 4 digits of account number  3640**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$5,850.59** |
| | **Snohomish County Roofing, Inc.** | ☐ Contingent |
| | **625 S. Lake Stevens Road** | ☐ Unliquidated |
| | **Lake Stevens, WA 98258** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number  2799** | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$1,800.00** |
| | **StarFixr.com** | ☐ Contingent |
| | **233 S Wacker Drive** | ☐ Unliquidated |
| | **Chicago, IL 60606** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number  0034** | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$53,703.44** |
| | **Stop Claims Corp.** | ☐ Contingent |
| | **2828 Colby Ave., Suite 102** | ☐ Unliquidated |
| | **Everett, WA 98201-3501** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$950.83** |
| | **Switch Electric LLC** | ☐ Contingent |
| | **16778 146th Street SE, Suite 154** | ☐ Unliquidated |
| | **Monroe, WA 98272** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$269,225.00** |
| | **Tom & Carol Langdon** | ☐ Contingent |
| | **22304 36th Avenue W** | ☐ Unliquidated |
| | **Mountlake Terrace, WA 98043** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$644.28** |
| | **Totally Safe Air** | ☐ Contingent |
| | **400 112th Avenue NE, Suite 400** | ☐ Unliquidated |
| | **Bellevue, WA 98004** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    **$10,000.00** |
| | **Turning Point Strategic Advisors** | ☐ Contingent |
| | **2003 Western Ave., Suite 660** | ☐ Unliquidated |
| | **Seattle, WA 98121-2177** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 32 of 55

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**US Bank, N.A.**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  6250** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  US Bank Business Leverage VISA Signature Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$143,613.74** |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Valpak Franchise Operations, LLC**<br>**PO Box 847286**<br>**Los Angeles, CA 90084-7286**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$40,827.58** |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**WA State Dep't of Transp.**<br>**Toll Enforcement Office**<br>**PO Box 34562**<br>**Seattle, WA 98124-1562**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  7329** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$248.00** |

| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Wing Assistant**<br>**2150 Shattuck Ave., Suite 1300**<br>**Berkeley, CA 94704**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,999.00** |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>**WM Corporate Services, Inc.**<br>**PO Box 7400**<br>**Pasadena, CA 91109-7400**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number  3009** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$39,512.89** |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC Supply Co., Inc.**<br>**c/o Dicker & Dicker, LLP**<br>**4580 E Thousand Oaks Blvd, Ste 350**<br>**Thousand Oaks, CA 91362** | Line **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **AT&T Bankruptcy Center**<br>**2270 Lakeside Blvd.**<br>**7th Floor**<br>**Richardson, TX 75082** | Line **3.5**<br><br>☐  Not listed. Explain ____ | **0132** |

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 33 of 55

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Bonneville** <br> **1820 Eastlake Avenue E.** <br> **Seattle, WA 98102** | Line **3.6** <br> ☐ Not listed. Explain ____ | **1325** |
| 4.4 | **Carrigan Enterprises, Inc.** <br> **c/o Schlemlein Fick & Franklin** <br> **66 S Hanford Street, Suite 300** <br> **Seattle, WA 98134** | Line **3.7** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **Chevron Texaco** <br> **P.O. Box 639** <br> **Portland, ME 04104** | Line **3.9** <br> ☐ Not listed. Explain ____ | **3243** |
| 4.6 | **Citibank, N.A.** <br> **Costco Small Business** <br> **PO Box 790046** <br> **Saint Louis, MO 63179-0046** | Line **3.10** <br> ☐ Not listed. Explain ____ | _ |
| 4.7 | **Hershner Hunter LLP** <br> **Attn: Nancy K. Cary** <br> **PO Box 1475** <br> **Eugene, OR 97440** | Line **3.17** <br> ☐ Not listed. Explain ____ | _ |
| 4.8 | **JAMF** <br> **100 Washington Ave S** <br> **Suite 900** <br> **Minneapolis, MN 55401** | Line **3.26** <br> ☐ Not listed. Explain ____ | **0383** |
| 4.9 | **Lansing Building Products, LLC** <br> **PO Box 6649** <br> **Richmond, VA 23230-0649** | Line **3.31** <br> ☐ Not listed. Explain ____ | **1711** |
| 4.10 | **Paulina Przydzielski** <br> **c/o Scuderi Law Offices, P.S.** <br> **108 22nd Ave. SW, Suite 24** <br> **Olympia, WA 98501** | Line **3.40** <br> ☐ Not listed. Explain ____ | _ |
| 4.11 | **Puget Sound Energy** <br> **355 110th Ave. NE #EST-11** <br> **Bellevue, WA 98004-5862** | Line **3.42** <br> ☐ Not listed. Explain ____ | **9759** |
| 4.12 | **QXO** <br> **Five American Lane** <br> **Greenwich, CT 06831** | Line **3.43** <br> ☐ Not listed. Explain ____ | **2499** |
| 4.13 | **R & R Trading Co. Ltd.** <br> **100 International Drive** <br> **22nd Floor** <br> **Baltimore, MD 21202** | Line **3.8** <br> ☐ Not listed. Explain ____ | **3804** |
| 4.14 | **Service Partners** <br> **PO Box 31001-3072** <br> **Pasadena, CA 91110-3072** | Line **3.47** <br> ☐ Not listed. Explain ____ | _ |

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 34 of 55

| Debtor | **Asset Roofing Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **Snohomish County PUD**<br>**PO Box 1100**<br>**Everett, WA 98206-1100** | Line __3.51__<br><br>☐ Not listed. Explain ____ | __3640__ |
| 4.16 | **US Bank, N.A.**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | Line __3.59__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Valpak Franchise Operations, LLC**<br>**1 Valpak Avenue N**<br>**Saint Petersburg, FL 33716-4102** | Line __3.60__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Waste Management of WA, Inc.**<br>**PO Box 3020**<br>**Monroe, WI 53566-8320** | Line __3.63__<br><br>☐ Not listed. Explain ____ | __3309__ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,557,343.91 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,353,932.79 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,911,276.70 |

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Premises Lease** | |
| | State the term remaining | **3/16/2048** | **Asset Real Estate Holdings, LLC** |
| | List the contract number of any government contract | _____ | **17000 Broadway Avenue** **Snohomish, WA 98296** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement, Lease No. 15262** | |
| | State the term remaining | | **Brickhouse Capital, LLC** **8161 East Indian Bend Road** |
| | List the contract number of any government contract | _____ | **Suite 103** **Scottsdale, AZ 85250** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Master Vehicle Lease Agreement** | |
| | State the term remaining | | **Glesby Marks Ltd.** |
| | List the contract number of any government contract | _____ | **10200 Richmond Ave, Suite 100** **Houston, TX 77042-4118** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease Agreement** | |
| | State the term remaining | | **Glesby Marks Ltd.** |
| | List the contract number of any government contract | _____ | **10200 Richmond Ave, Suite 100** **Houston, TX 77042-4118** |

26-00489-WLH11    Doc 1    Filed 03/19/26    Entered 03/19/26 15:02:24    Pg 36 of 55

| | |
|---|---|
| Debtor name | **Asset Roofing Company LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Anthony Langdon** | **17310 State Route 9 SE Snohomish, WA 98296-8396** | **Commencement Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Anthony Langdon** | **17310 State Route 9 SE Snohomish, WA 98296-8396** | **PEAC Solutions** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Anthony Langdon** | **17310 State Route 9 SE Snohomish, WA 98296-8396** | **North Mill Credit Trust** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Anthony Langdon** | **17310 State Route 9 SE Snohomish, WA 98296-8396** | **Carrigan Enterprises, Inc.** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Asset Roofing Company LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony P. Langdon**<br>**17310 State Route 9 SE**<br>**Snohomish, WA 98296-8396** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 19, 2026**

Signature  **/s/ Anthony Langdon**

**Anthony Langdon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Asset Roofing Company LLC**       Case No. _____

                                             Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anthony P. Langdon<br>17310 State Route 9 SE<br>Snohomish, WA 98296-8396 | | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 19, 2026** _____       Signature _____
                                                     **Anthony Langdon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Washington

In re   **Asset Roofing Company LLC**        Case No. _____

              Debtor(s)       Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 19, 2026** _____        **/s/ Anthony Langdon** _____

                                        **Anthony Langdon**/**Chief Executive Officer**

                                        Signer/Title

# United States Bankruptcy Court
## Eastern District of Washington

In re **Asset Roofing Company LLC**

Debtor(s)

Case No. _____

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 19, 2026**

**Anthony Langdon/Chief Executive Officer**
Signer/Title

Asset Roofing Company LLC
17310 State Route 9 SE
Snohomish, WA 98296-8396


Jason Wax
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


ABC Supply Co., Inc.
1 ABC Parkway
Beloit, WI 53511


ABC Supply Co., Inc.
c/o Dicker & Dicker, LLP
4580 E Thousand Oaks Blvd, Ste 350
Thousand Oaks, CA 91362


Adopt A Highway
3158 Red Hill Ave., Suite 200
Costa Mesa, CA 92626

Alliance Gutters LLC
8421 NE 144th Place
Kirkland, WA 98034-5034

Anthony & Olivia Langdon
17000 Broadway Avenue
Snohomish, WA 98296

Anthony Langdon
17310 State Route 9 SE
Snohomish, WA 98296-8396

Asset Real Estate Holdings, LLC
17000 Broadway Avenue
Snohomish, WA 98296

AT&T Bankruptcy Center
2270 Lakeside Blvd.
7th Floor
Richardson, TX 75082

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Bonneville
PO Box 26245
Salt Lake City, UT 84126-0245

Bonneville
1820 Eastlake Avenue E.
Seattle, WA 98102

Brickhouse Capital, LLC
8161 East Indian Bend Road
Suite 103
Scottsdale, AZ 85250


Carrigan Enterprises, Inc.
PO Box 172
Duvall, WA 98019-0172


Carrigan Enterprises, Inc.
c/o Schlemlein Fick & Franklin
66 S Hanford Street, Suite 300
Seattle, WA 98134


Cascadia Metals Inc.
PO Box 1276
Longview, WA 98632


Chevron Texaco
c/o Wex Bank
P.O. Box 4337
Carol Stream, IL 60197-4337


Chevron Texaco
P.O. Box 639
Portland, ME 04104


Citibank, N.A.
PO Box 6704
Sioux Falls, SD 57104-6704


Citibank, N.A.
Costco Small Business
PO Box 790046
Saint Louis, MO 63179-0046

City Lifestyle
514 West 26th Street
Kansas City, MO 64108


Comcast Business
9401 E Panorama Cir.
Centennial, CO 80112-3403


Commencement Bank
1102 Commerce Street
Tacoma, WA 98402


Croft ClaimWorks, L.C.
1651 N. Collins Blvd.
Suite 210
Richardson, TX 75080


Cross Valley Water District
8802 180th Street SE
Snohomish, WA 98296


Darren R. Krattli
c/o Eisenhower Carlson PLLC
909 A Street, Suite 600
Tacoma, WA 98402


DP&C
PO Box 1614
Tacoma, WA 98401-1614


DTG Enterprises Inc.
PO Box 14203
Mill Creek, WA 98082

Ellis Li McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101


Emily Shaw
406 Rose Way
Everett, WA 98203


Equicity - Fully Lucid
1721 Maple Street
Everett, WA 98201-2158


Glesby Marks Ltd.
10200 Richmond Ave, Suite 100
Houston, TX 77042-4118


Great American Gutters
12731 69th Drive SE
Snohomish, WA 98296


Hershner Hunter LLP
Attn: Nancy K. Cary
PO Box 1475
Eugene, OR 97440


High Point Gutter, LLC
14102 NE 189th St., Suite 100
Woodinville, WA 98072-3603


Honey Bucket
PO Box 73399
Puyallup, WA 98373-0399


Industrial Credit Service
PO Box 4259
Salem, OR 97302

Ingage
1040 Stony Hill Road
Suite 125
Yardley, PA 19067


Internal Revenue Service
Centralized Insolvency Ops.
PO Box 7346
Philadelphia, PA 19101-7346


JAMF
PO Box 74007550
Chicago, IL 60674-7550


JAMF
100 Washington Ave S
Suite 900
Minneapolis, MN 55401


Jim Shepard
17903 16th Avenue W
Lynnwood, WA 98037


KCIS-AM
CRISTA Media
19303 Fremont Avenue N
Seattle, WA 98133


KCMS - Spirit 105.3
CRISTA Media
19303 Fremont Avenue N
Seattle, WA 98133


Kris Wilson
4708 266th Avenue NE
Redmond, WA 98053

Lansing Building Products, LLC
PO Box 604231
Charlotte, NC 28260-4231


Lansing Building Products, LLC
PO Box 6649
Richmond, VA 23230-0649


Linebargar Goggan Blair & Sampson
5801 Soundview Dr. NW
Suite 50B
Gig Harbor, WA 98335


Lytx, Inc.
500 108th Avenue NE
Suite 960
Bellevue, WA 98004


Marlin Leasing Corp
300 Fellowship Road
Mount Laurel, NJ 08054


Mission Driven Teams
PO Box 40286
Nashville, TN 37204-0286


Move Mountains Junk Removal
4914 110th Street NE
Marysville, WA 98271-8341


NACM Business Credit Servs.
2201 SW 152nd Street
Burien, WA 98166

North Mill Credit Trust
9 Executive Circle, Suite 230
Irvine, CA 92614


NW Security and Sound
PO Box 1592
Snohomish, WA 98291


Pacific Star Gutter Service
2807 Highland Avenue
Everett, WA 98201


Parker Outdoors, Inc.
PO Box 22
Orondo, WA 98843


Paulina Przydzielski
14215 2nd Drive SE
Everett, WA 98208


Paulina Przydzielski
c/o Scuderi Law Offices, P.S.
108 22nd Ave. SW, Suite 24
Olympia, WA 98501


PEAC Solutions
PO Box 13604
Philadelphia, PA 19101-3604


Primo Water Services
200 Eagles Landing Blvd.
Lakeland, FL 33810


Puget Sound Energy
PO Box 91269
Bellevue, WA 98009-9269

Puget Sound Energy
355 110th Ave. NE #EST-11
Bellevue, WA 98004-5862


QXO
Five American Lane
Greenwich, CT 06831


QXO dba Beacon Roofing
PO Box 101087
Pasadena, CA 91189-0005


R & R Trading Co. Ltd.
100 International Drive
22nd Floor
Baltimore, MD 21202


Reliable Accounting
2003 West Polo Green Avenue
Post Falls, ID 83854


Russell Rain Gutter System
16940 NE 79th Street
Redmond, WA 98052


Safety Matters, LLC
PO Box 533
Renton, WA 98057-0533


Service Partners
475 N Williamson Blvd.
Daytona Beach, FL 32114


Service Partners
PO Box 31001-3072
Pasadena, CA 91110-3072

Service Titan
c/o C2C Resources, LLC
1455 Lincoln Parkway E, Suite 550
Atlanta, GA 30346


Simplii
8619 South Sandy Parkway
Suite 112
Sandy, UT 84070


Snohomish County Assessor
3000 Rockefeller Ave., M/S 510
Everett, WA 98201


Snohomish County Public Works
3000 Rockefeller Ave., M/S 607
Everett, WA 98201


Snohomish County PUD
2320 California Street
Everett, WA 98201


Snohomish County PUD
PO Box 1100
Everett, WA 98206-1100


Snohomish County Roofing, Inc.
625 S. Lake Stevens Road
Lake Stevens, WA 98258


StarFixr.com
233 S Wacker Drive
Chicago, IL 60606

Stop Claims Corp.
2828 Colby Ave., Suite 102
Everett, WA 98201-3501


Switch Electric LLC
16778 146th Street SE, Suite 154
Monroe, WA 98272


Tom & Carol Langdon
22304 36th Avenue W
Mountlake Terrace, WA 98043


Totally Safe Air
400 112th Avenue NE, Suite 400
Bellevue, WA 98004


Turning Point Strategic Advisors
2003 Western Ave., Suite 660
Seattle, WA 98121-2177


US Bank, N.A.
PO Box 790408
Saint Louis, MO 63179-0408


US Bank, N.A.
800 Nicollet Mall
Minneapolis, MN 55402


Valpak Franchise Operations, LLC
PO Box 847286
Los Angeles, CA 90084-7286


Valpak Franchise Operations, LLC
1 Valpak Avenue N
Saint Petersburg, FL 33716-4102

WA Employment Security Dep't
PO Box 9046
Olympia, WA 98507-9046


WA State Dep't of Labor & Indus.
PO Box 44171
Olympia, WA 98504-4171


WA State Dep't of Revenue
Bankruptcy/Claims Unit
2101 Fourth Avenue, Suite 1400
Seattle, WA 98121-2300


WA State Dep't of Transp.
Toll Enforcement Office
PO Box 34562
Seattle, WA 98124-1562


Waste Management of WA, Inc.
PO Box 3020
Monroe, WI 53566-8320


Wing Assistant
2150 Shattuck Ave., Suite 1300
Berkeley, CA 94704


WM Corporate Services, Inc.
PO Box 7400
Pasadena, CA 91109-7400

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Asset Roofing Company LLC**

Debtor(s)

Case No. _____

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Asset Roofing Company LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 19, 2026**

Date

**/s/ Jason Wax**

**Jason Wax**

Signature of Attorney or Litigant

Counsel for  **Asset Roofing Company LLC**

**Bush Kornfeld LLP**

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**jwax@bskd.com**